```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

DIANA MEY, individually and on
behalf of a class of persons and
entities similarly situated,

    Plaintiff,

v.                                          Civil Action No. 5:17CV58
                                                           (STAMP)
FESTIVA DVELOPMENT GROUP, INC. and
ALLEN MARKETING GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL

    On October 16, 2017, the parties in this matter filed a stipulation to the dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED with prejudice and retired from the docket of the Court.  Accordingly, any pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

    ENTERED:  October 16, 2017

                                         /s/ Frederick P. Stamp, Jr.
                                         FREDERICK P. STAMP, JR.
                                         UNITED STATES DISTRICT JUDGE